RECEIVED BY MAIL
DEC 15 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

DEC 8, 2011

U.S. OF A. Eastern District of Missouri
c/o Court Clerk

RE: CASE # 409CR00519ERW-1

Dear Court Clerk:

I have exhasted my resources with effectively getting the evidence in my case in which to move forward with my appeal.

I am requesting that under 'forma pauperis' that copies of the following evidence be sent to my Counselor for review:

Exhibits N-1, N-2, N-3, N-4, N-5, N-65, N-62
All Audio and/or Video Tapes and Court Transcripts dated 2/18/10 and Sept 5, 2010

Please Mail to
c/o Mr. D. Parker, Counselor
Federal Prison Camp
4200 Bureau Road
Terre Haute, In 47802

Thank you In Advance.

Darryail L. Jackson, 36636-044
Case #: 409cr00519ERW-1



USA* FIRST-CLASS

TERRE HAUTE IN 478

RECEIVED BY MAIL
DEC 15 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

U.S. of A.
Eastern District of Missouri 3rd Floor
c/o Court Clerk
111. S Tenth ST
ST Louis, MO 63102

Jackson, Daryal
36356 - 044
Name
Reg. No.

☒ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☐ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

INMATE
IDENTIFICATION
CONFIRMED